UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY LYNN PRYOR, | No. 2:16-cv-3018-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

In light of the Ninth Circuit Court of Appeals' memorandum disposition filed on September 12, 2019 (ECF No. 26), and the formal mandate issued on November 6, 2019 (ECF No. 27), this case is REMANDED to the Social Security Administration for further proceedings consistent with the Ninth Circuit's memorandum disposition.

The Clerk of Court shall close this case in the district court.

IT IS SO ORDERED.

Dated: November 7, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pryo.3018

1