1  JOHN V. JOHNSON
   Attorney for Plaintiff
2  McGregor W. Scott
   United States Attorney
3  DEBORAH LEE STACHEL, Bar No. 230138
   Regional Chief Counsel, Region IX
4  ASIM MODI NYSBN 4692018
   Special Assistant United States Attorney
5
        Social Security Administration
6       160 Spear Street, Suite 800
        San Francisco, California 94105
7       Telephone: (415) 977-8952
        Facsimile: (415) 744-0134
8       E-Mail: asim.modi@ssa.gov

9  Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Kristy Lynn Pryor, | CASE. No.: 2:16-CV-03018 KJN |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR ATTORNEY'S FEES PURSUANT TO 28 U.S.C. SECTION 2412(d) |
| vs. | |
| ANDREW SAUL, commissioner of the Social Security Administration, | |
| Defendant. | |

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Kristy Lynn Pryor, will be awarded attorney fees in the amount of TWELVE THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($12,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

After the Court issues an order for EAJA fees to Kristy Lynn Pryor, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S. Ct. 2521, 2252-2253 (2010), the

ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Kristy Lynn Pryor, but if the Department of the Treasury determines that Kristy Lynn Pryor does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered directly to John V. Johnson.

This stipulation constitutes a compromise settlement of Kristy Lynn Pryor's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Kristy Lynn Pryor, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: November 26, 2019

/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: November 26, 2019

McGREGOR W. SCOTT
United States Attorney
 DEBORAH L. STACHEL
  Regional Chief Attorney, Region IX
  Social Security Administration

By: / s / Asim Modi
 ASIM MODI
 Special Assistant U.S. Attorney
 Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: December 5, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE